```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RAHEEM DAVIS,                       :
                                    :
                Plaintiff,          :        ORDER
                                    :        07 Civ. 6043 (LAP)(MHD)
        -against-                   :
                                    :
SINGE #2058 et al.                  :
                                    :
                Defendants.         :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

In view of the United States Marshals' failure to serve defendant Officer Steven Ventimiglia, # 2058, at the correct address, the Marshals are directed to personally serve Officer Ventimiglia at the 30th Precinct, 451 West 151st Street, New York, NY 10031.

DATED: New York, New York
       January 23, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed today to:

Raheem Davis
58146-054
MDC-Brooklyn
PO Box 329002
Brooklyn, NY 11232

Douglas W. Heim, Esq.
NYC Law Department
100 Church Street
New York, NY 10007