```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RAHEEM DAVIS,                       :
                                    :
                Plaintiff,          :            ORDER
                                    :       07 Civ. 6043 (LAP)(MHD)
        -against-                   :
                                    :
SINGE #2058 et al.                  :
                                    :
                Defendants.         :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    Defendants are to provide plaintiff with any information regarding the identities of the John Doe defendants in their possession and with an authorization for the release of criminal records sealed pursuant to N.Y.C.P.L. § 160.50 by Friday, February 29, 2008.

DATED:  New York, New York
        February 21, 2008

                                                  SO ORDERED.

                                                  MICHAEL H. DOLINGER
                                                  UNITED STATES MAGISTRATE JUDGE

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 2/21/08]

Copies of the foregoing Order have been mailed today to:

Mr. Raheem Davis
58146-054
MDC-Brooklyn
100-29 Street
Brooklyn, NY 11232

Douglas W. Heim, Esq.
NYC Law Department
100 Church Street
New York, NY 10007