ENDORSED ORDER

If plaintiff has received the names of additional defendants and summonses for them, he must promptly arrange to have them served. Plaintiff's request for appointment of an attorney is denied as premature.

Hon. Michael H. Dolinger
United States Magistrate Judge

March 4, 2008

Raheem Davis #58160-054
MDC Brooklyn
100-29 street
Brooklyn, NY 11232

SDNY - S.D.C.H
500 Pearl Street
New York NY 10007

07cv6043

Re: Legal Attorney

Dear Judge Dolinger

Please be advised, I have been trying to locate alot of my papers (legal and all) is missing. I should't believe with ...

[RECEIVED MAR 07 2008 PRO SE OFFICE]

[ELECTRONICALLY FILED DATE FILED: 3/14/08]

Manual was stating, I am financially incompetent to keep sending legal mail out, and I don't have access to any typewriter, pens, or copy machines.

Basically I need a Attorney provided for me to properly manage this case please.

Please look in to these issue A.S.A.P. I have respectfully served the city Attorney with both forms, and received four identified officers names. Do you want me to serve them?

SO ordered