MAILED TO COUNSEL 6/3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

RAHEEM DAVIS,                              :        07 Civ. 6043 (LAP)
                                           :
                    Plaintiff,             :        ORDER
                                           :
        v.                                 :
                                           :
P.O. STEVEN VENTIMIGLIA, et al.,           :
                                           :
                    Defendants.            :
                                           :
- - - - - - - - - - - - - - - - - - -X

LORETTA A. PRESKA, U.S.D.J.

On April 29, 2008, Magistrate Judge Dolinger issued a Report and Recommendation dismissing Plaintiff's motion for default judgment. Objections to that Report and Recommendation were due on May 13, 2008. Having received no objections and finding Judge Dolinger's decision to be correct and appropriate upon de novo review, see Fed. R. Civ. P. 72(b), his Report and Recommendation is hereby ADOPTED.

SO ORDERED:

DATED:   New York, New York
         June 2, 2008

                                            _____
                                            LORETTA A. PRESKA, U.S.D.J.