```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RAHEEM DAVIS,                       :
                                    :
              Plaintiff,            :         ORDER
                                    :    07 Civ. 6043 (LAP)(MHD)
         -against-                  :
                                    :
SINGE #2058 et al.                  :
                                    :
              Defendants.           :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a telephone conference has been scheduled in the above-captioned action on **MONDAY, JULY 21, 2008 at 10:00 AM**, at which time you are directed to call chambers at (212) 805-0204. The Metropolitan Detention Center is to make plaintiff Raheem Davis available at the specified date and time to participate in this telephone conference. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED: New York, New York
       June 10, 2008

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed today to:

Raheem Davis
58146-054
MDC-Brooklyn
PO Box 329002
Brooklyn, NY 11232

Douglas W. Heim, Esq.
NYC Law Department
100 Church Street
New York, NY 10007