UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
RAHEEM DAVIS,                    :
                                 :
              Plaintiff,         :
                                 :
         -against-               :
                                 :
SINGE #2058, JOHN DOE #1;        :
JOHN DOE #2; JOHN DOE #3;        :
JOHN DOE #4; JOHN DOE #5;        :
JOHN DOE #6; JOHN DOE #7;        :
JOHN DOE #8,                     :
                                 :
              Defendants.        :
--------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/08

**ORDER**
**07 Civ. 6043 (LAP)(MHD)**

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A pre-trial telephone conference having been held with plaintiff and defendants' counsel on July 21, 2008,

It is hereby **ORDERED** as follows:

1. Defendants are to file a response to plaintiff's oral application for the appointment of counsel by **July 25, 2008.**

2. Both sides are to serve their document requests and interrogatories by **August 21, 2008.**

3. Plaintiff is to file his motion to amend the complaint by **August 21, 2008.**

4. All fact discovery is to be completed by **December 1, 2008.**

2. The parties are to submit a joint pre-trial order by

**January 15, 2009**, unless a potentially dispositive motion has been served by that date. To accomplish this, plaintiff is to provide his portion of the joint pre-trial order (including a statement of his claims, a list of his contentions of fact, a list of his trial witnesses, and a list of trial exhibits) to defendants' counsel by no later than **December 15, 2008**. Defendants are to provide the equivalent information to plaintiff by no later than **January 1, 2009**. Defendants' counsel is to meet with plaintiff in an attempt to agree on stipulations of fact and admissibility of exhibits by no later than **January 8, 2009.** Defendants' counsel is to arrange for the preparation of the final version of the joint pre-trial order and its signing and submission to the Court.

**DATED:   New York, New York**
**July 21, 2008**

SO ORDERED.

**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been mailed today to:

Mr. Raheem Davis
58146-054
M.D.C. Brooklyn
100-29 Street
Brooklyn, New York 11232

Douglas W. Heim, Esq.
NYC Law Department
100 Church Street
New York, NY 10007

Jessica Cohen, Esq.
NYC Law Department
100 Church Street
New York, NY 10007