```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RAHEEM DAVIS,
                                    :
           Plaintiff,                              ORDER
                                    :
       -against-                            07 Civ. 6043 (LAP)(MHD)
                                    :
P.O. STEVEN VENTIMIGLIA; and
#8 JOHN DOE OFFICERS,
                                    :
           Defendants.
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

    The Court deems plaintiff's submission of an amended complaint on July 23, 2008, to be a motion to amend the complaint.

    It is hereby **ORDERED** that defendants are to serve and file any response to plaintiff's motion by no later than September 17, 2008.

```
Dated: New York, New York
       September 3, 2008
```

                             SO ORDERED.

                             _____
                             MICHAEL H. DOLINGER
                             UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Mr. Raheem Davis
#58146054
USP Canaan
3057 Easton Turnpike
Waymart P.A. 18472

Douglas W. Heim, Esq.
Assistant Corporation Counsel
NYC Law Department
100 Church Street
New York, NY 10007