MAILED TO COUNSEL - 1/20

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

RAHEEM DAVIS,

          Plaintiff,

v.

SINGE; P.O. STEVEN VENTIMIGLIA
& JOHN DOE OFFICERS,

          Defendants.

-----------------------------------------------------------X

07 civ. 6043 (LAP) (MHD)

<u>ORDER ADOPTING REPORT</u> and
<u>RECOMMENDATION</u>

LORETTA A. PRESKA, United States District Judge:

On December 29, 2008, Magistrate Dolinger issued a Report and Recommendation ("the Report") [dkt. no. 29] denying the Plaintiff's motions for default judgment and summary judgment. Within the ten day objection period, the Court received undocketed letters from Plaintiff objecting to the Report and defendants' response.

Having considered the objections and finding Judge Dolinger's decision to be correct and appropriate upon <u>de novo</u> review, <u>see</u> Fed. R. Civ. P. 72(b), his Report is hereby adopted.

The Clerk of the Court shall mark Plaintiff's motion [dkt. no. 34] as DENIED.

SO ORDERED:

Dated: January 16, 2009

                                                                    _____
                                                                    LORETTA A. PRESKA, U.S.D.J.