```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RAHEEM DAVIS,
                                    :
            Plaintiff,                        ORDER
                                    :
      -against-                               07 Civ. 6043 (LAP)(MHD)
                                    :
P.O. STEVEN VENTIMIGLIA; and
#8 JOHN DOE OFFICERS,
                                    :
            Defendants.
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** that a telephone conference has been scheduled in the above-captioned action on **MONDAY, FEBRUARY 9, 2009, at 2:00 PM**, at which time you are directed to call chambers at (212) 805-0204. Metropolitan Detention Center is directed to make plaintiff Raheem Davis available to participate in this scheduled conference. Defendants' counsel is to make the necessary arrangements for the conference call. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       February 4, 2009

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Mr. Raheem Davis
#58146-054
MDC Brooklyn
100-29 Street,
Brooklyn, NY, 11201
PRO SE

Douglas W. Heim, Esq.
Assistant Corporation Counsel
NYC Law Department
100 Church Street
New York, NY 10007