```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RAHEEM DAVIS,
                                    :
            Plaintiff,                        ORDER
                                    :
      -against-                               07 Civ. 6043 (LAP)(MHD)
                                    :
P.O. STEVEN VENTIMIGLIA; and
#8 JOHN DOE OFFICERS,
                                    :
            Defendants.
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

Defendants now having provided the location and badge number of a Police Office Rajinder Singh, it is hereby ORDERED that the pro se office issue a new summons and the necessary service paperwork to plaintiff. Plaintiff is to accomplish service within the next sixty days.

Dated: New York, New York
       March 16, 2009

                              SO ORDERED.

                              _____
                              MICHAEL H. DOLINGER
                              UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Mr. Raheem Davis
#58146-054
MDC Brooklyn
100-29 Street,
Brooklyn, NY, 11201

Douglas W. Heim, Esq.
Assistant Corporation Counsel
NYC Law Department
100 Church Street
New York, NY 10007